| | | | |
|---|---|---|---|
| Beaver v. Bursey<br>2017 MT 48N | DA 16-0421<br>Affirmed in<br>part, Rev'd<br>in part and<br>Remanded | 03/07/17 | Dist. 20 (Lake) |
| Novak v. Engel<br>2017 MT 49N | DA 16-0214<br>Affirmed | 03/07/17 | Dist. 8 (Cascade) |
| Marriage of Tvetene<br>2017 MT 50N | DA 16-0148<br>Affirmed | 03/07/17 | Dist. 13<br>(Yellowstone) |
| State v. Volbrecht<br>2017 MT 51N | DA 16-0344<br>Affirmed | 03/07/17 | Dist. 7 (Richland) |
| City of Livingston<br>v. Holloway et al.<br>2017 MT 52N | DA 15-0322<br>Affirmed | 03/07/17 | Dist. 6 (Park) |
| State v. Nolan<br>2017 MT 53N | DA 15-0051<br>Affirmed | 03/07/17 | Dist. 13<br>(Yellowstone) |
| Jorgensen v. 18th<br>Judicial District | OP 17-0114<br>Denied | 03/07/17 | Original Proceeding<br>Supervisory Control |
| Lime v. Kirkegard | OP 17-0036<br>Granted in<br>part and<br>remanded | 03/07/17 | Original Proceeding<br>Habeas Corpus |
| Thomas v. Liberty<br>Northwest<br>2017 MT 64N | DA 16-0491<br>Reversed | 03/21/17 | Dist. 3 (Deer Lodge) |
| Anderson v. 4th<br>Judicial Dist. Ct. | OP 17-0129<br>Denied | 03/21/17 | Original Proceeding<br>Supervisory Control |
| Johnson v. State<br>2017 MT 71N | DA 15-0165<br>Affirmed in<br>part and<br>Remanded | 03/28/17 | Dist. 4 (Missoula) |
| State v. Cold<br>2017 MT 72N | DA 15-0664<br>Affirmed | 03/28/17 | Dist. 18 (Gallatin) |